District Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALI AKBAR MEFTAHI,<br><br>                 Plaintiff,<br><br>    v.<br><br>ERIC GAUDIOSI, *et al.*,<br><br>                 Defendants. | Case No. 2:24-cv-00790-MJP<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>December 6, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue the stay these proceedings through January 9, 2025. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to readjudicate Plaintiff's son's immigrant visa application. This case is currently stayed through December 10, 2024. Dkt. No. 8, Order. For good cause, the parties request that the Court hold this case in abeyance through January 9, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION
[Case No. 2:24-cv-00790-MJP] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. Plaintiff's son's visa application is currently refused under INA § 221(g), 8 U.S.C.1201(g) for administrative processing. The U.S. Embassy in Abu Dhabi recently requested that Plaintiff's son submit further information. Additional time is needed to allow for this information to be submitted and then for the Embassy to review and process this information, which may lead to re-adjudication.

Accordingly, the parties respectfully request that the instant action continue to be stayed until January 9, 2025. The parties will submit a joint status report on or before January 9, 2025..

DATED this 6th day of December, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GOLDSTEIN IMMIGRATION LAWYERS |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Joshua L. Goldstein*<br>JOSHUA L. GOLDSTEIN, WSBA #61773<br>Goldstein Immigration Lawyers<br>611 Wilshire Boulevard, Ste. 317<br>Los Angeles, California 90017<br>Phone: (213) 425-1979<br>Email: jg@jgoldlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 270 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION
[Case No. 2:24-cv-00790-MJP] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED]** ORDER

The case is held in abeyance until January 9, 2025. The parties shall submit a joint status report on or before January 9, 2025. It is so **ORDERED**.

DATED this 9th day of December, 2024.

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATED MOTION
[Case No. 2:24-cv-00790-MJP] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800